# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 26-23769-CIV-MARTINEZ/SANCHEZ

ALBION BRAND FOUNDRY LTD,

      Plaintiff,

v.

THE PARTNERSHIPS, UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

      Defendants.

_____ /

## ORDER

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Preliminary Injunction [ECF No. 16]. (*See* [ECF No. 18]). Magistrate Judge Sanchez filed an R&R [ECF No. 25], recommending that the Motion be granted and that a preliminary injunction be entered. The Court has reviewed the entire file and record and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ADJUDGED** that Magistrate Judge Sanchez's R&R [ECF No. 25] is **AFFIRMED** and **ADOPTED**. Plaintiff's Motion for Preliminary Injunction [ECF No. 16] is **GRANTED** as set forth in the R&R.

    **DONE AND ORDERED** in Miami, Florida, this __7__ day of July 2026.

_____

JOSE E. MARTINEZ

UNITED STATES DISTRICT JUDGE

cc: all counsel of record